

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00124-CV

**ETC FIELD SERVICES, LLC FKA. REGENCY FIELD SERVICES, LLC,** Appellant

V.

**TEMA OIL AND GAS COMPANY, Appellee**

Today the Court heard Appellee's Motion to Dismiss Appeal for Lack of Jurisdiction. Having considered the motion, we order the appeal **DISMISSED** for want of jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by Appellant.

We further order this decision certified below for observance.

Judgment Rendered February 21, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.